UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| In Re:     Helene Richan Buchsbaum<br>SS# xxx-xx-4006<br><br>                    Debtor. | )<br>)<br>)<br>)<br>) | Case No. 19-11797<br><br>Chapter 13 |

OBJECTION TO CHAPTER 13 PLAN

    COMES NOW creditor Arapahoe Credit Union and its servicing agent Midwest Loan Services, by its attorney John A. Lobus of Bradley Devitt Haas & Watkins, P.C., and hereby objects to confirmation of debtor's Chapter 13 Plan dated March 12, 2019, (Docket No. 2) and as grounds therefor shows unto the Court.

    1. Debtor is indebted to creditor upon a Promissory Note ("Note") dated July 26, 2010, for the original principal sum of $302,000.00, which Note is secured by debtor's residence described as follows:

        Lot 22,
        Block 6,
        Sundance Hills Filing No. One,
        County of Arapahoe,
        State of Colorado.

    aka 5704 S. Florence St., Greenwood Village, CO 80111

    2. The current principal outstanding balance is $177,388.68 plus interest at 5.50% per annum, late charges, escrow advances, and attorney fees and costs.

    3. The Chapter 13 Plan of debtor provides for cure of pre-petition arrearage to creditor of $35,000.00.

    4. The amount required to cure arrearage is $48,965.65.

    5. Debtor's Chapter 13 Plan fails to adequately provide for creditor regarding cure of arrearage.

    WHEREFORE, creditor Arapahoe Credit Union respectfully prays this Court for an order denying confirmation of debtor's Chapter 13 Plan dated March 12, 2019, and for such other and further relief as to this court may seem just and proper.

DATED this 8th day of April, 2019.

BRADLEY DEVITT HAAS & WATKINS, P.C.

*Original signature of John A. Lobus on file at the office of Bradley Devitt Haas & Watkins, P.C.*

BY: /s/ John A. Lobus
John A. Lobus, #3648
Attorney for Creditor Bellco Credit Union
2201 Ford Street
Golden, CO 80401
(303) 384-9228
E-mail: LobusLaw@aol.com

CERTIFICATE OF SERVICE

This is to certify that on the date of April 8, 2019, a true and correct copy of the foregoing Objection to Chapter 13 Plan was served electronically via CM/ECF and by deposit in the United States mail, first-class postage prepaid to the following:

Daniel T. Birney
1777 S. Bellaire St., #419
Denver, CO 80222

Douglas B. Kiel
Chapter 13 Trustee
4725 S. Monaco St., #120
Denver, CO  80237

/s/  Deanna Mier